___ FILED    ___ ENTERED
___ LODGED  ___ RECEIVED

MAY 26 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,        )
                                 )    NO. CR06 5345JKA
            Plaintiff,           )
                                 )    INFORMATION
      v.                         )
                                 )
JONATHON C. COON,                )
                                 )
            Defendant.           )    06-GJ-05345-INFO
_____)

The United States Attorney charges that:

On or about December 19, 2004 in Clallum County, within the Western District of Washington, the defendant JONATHON C. COON did unlawfully take migratory birds, that is, mallards and American wigeons, by the aid of baiting, when the defendant knew or reasonably should have known that the area was a baited area, in violation of the Migratory Bird Treaty Act, Title 16, United States Code, Sections 704(b)(1) and 707(a), and Title 50, Code of Federal Regulations, Sections 20.11 and 20.21(I).

DATED this 26TH day of May, 2006.

for JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney

JAMES D. OESTERLE
Assistant United States Attorney

INFORMATION/JOHN ROBERT COON 1